**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:   (623) 939-6718
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| | Case No. 2:09-bk-20868 |
| Jose Ortez | |
| | MOTION FOR MORATORIUM |
| Debtors. | |

COME NOW the Debtors, JOSE ORTEZ, by and through their attorney undersigned, and respectfully move this Court to enter an Order for a Moratorium of Debtors' Chapter 13 Payments.

The reason for this request is that the Debtor has loss his job and therefore has no income to pay the Chapter 13 payments.

Debtors request a moratorium for payments October, 2009 through February, 2010, with the Debtors next payment to begin March, 2010 in hopes that Debtor finds new employment.

Based on the above, Debtors respectfully request that the Court grant their Motion for Moratorium of their Chapter 13 Plan payments for the months of October, 2009 through February, 2010.

RESPECTFULLY SUBMITTED this 5th day of November, 2009.

            JOSEPH W. CHARLES, P.C.


            By__/s/ Joseph W. Charles_____
              JOSEPH W. CHARLES
              5704 West Palmaire Avenue
              Post Office Box 1737
              Glendale, Arizona 85311
              Attorney for Debtors

Copy of the foregoing Motion mailed this 5th day of November, 2009, to:

Edward J. Maney
P. O. Box 10434
Phoenix, Arizona 85064
Chapter 13 Trustee

__/s/ Paulina Poniatowski___

2

Case 2:09-bk-20868-SSC Doc 22 Filed 11/05/09 Entered 11/05/09 10:54:55 Desc
Main Document Page 2 of 2