**JOSEPH W. CHARLES, P.C.**
*5704 West Palmaire Avenue*
*P.O. Box 1737*
*Glendale, Arizona 85311-1737*
*Phone:  (623) 939-6546*
*Fax:      (623) 939-6718*
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Jose Ortez | Case No. 2:09-bk-20868 |
| Debtors. | **ORDER** |

Pursuant to the Motion for Moratorium filed by Debtors, and good cause appearing,

IT IS HEREBY ORDERED granting Debtors a Moratorium on the October, 2009 to February, 2010, Chapter 13 Plan Payments.

DONE IN OPEN COURT THIS _____ day of _____, 2008.

_____
JUDGE-U.S. BANKRUPTCY COURT