**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546

JOSEPH W. CHARLES, #003038
Attorneys for Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| JOSE ORTEZ, | Case No. 2:09-bk-20868 |
| Debtors, | RESPONSE TO TRUSTEE'S MOTION TO DISMISS and MOTION TO EXTEND DEADLINE TO COMPLY WITH TRUSTEE RECOMMENDATIONS |

COMES NOW, the Debtors, by and through counsel undersigned, and hereby Motion this Court for an extension of the deadline to April 14, 2010 in order to comply with the Trustee's Recommendations.

Debtors and counsel are working to resolve the Trustee Recommendations.

Debtors believe that they fully can comply with the Trustee Recommendations within that time period.

RESPECTFULLY SUBMITTED, this 3rd day of March, 2010

        JOSEPH W. CHARLES, P.C.

/s/ *Joseph W. Charles*
Joseph W. Charles
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this
3rd day of March, 2010 to:

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064
Chapter 13 Trustee


 /s/ C. Short